United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 11, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60412
Summary Calendar

NIZAR RAHIM MOMIN,

Petitioner,

versus

ALBERTO R. GONZALES,
U.S. ATTORNEY GENERAL,

Respondent.

---------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 483 033
---------------------

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Nizar Rahim Momin, a native and citizen of Pakistan, petitions this court to review the decision of the Board of Immigration Appeals (BIA) denying his application for withholding of removal and relief under the Convention Against Torture (CAT). Momin argues that the BIA's decision was erroneous because he demonstrated that if he returns to Pakistan it is more likely than not that he will be persecuted based on his membership in a political party.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In support of his argument, Momin relies on his testimony concerning arrests and beatings from the police and from members of a rival political faction, the most serious of which occurred in 1998 when Momin claimed that he was arrested, hung upside down, and beaten. We conclude from a review of the record, however, that the BIA's determination is supported by substantial evidence, and the record does not compel a contrary conclusion. See Efe v. Ashcroft, 293 F.3d 899, 906 (5th Cir. 2002); Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

The petition for review is DENIED.